UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES DILLON,

    Plaintiff,

vs.                                           Civil Action No. 8:10-cv-573-JSM-TBM

METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now Plaintiff, Charles Dillon, and Defendant, Metropolitan Life Insurance Company, by and through their undersigned counsel, and hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and attorneys' fees. In support thereof:

1. The parties have reached an amiable settlement and resolution of this action which provides for the dismissal of this case with prejudice.

2. The parties have agreed that each party shall bear its own costs and attorneys' fees in this action.

3. Undersigned counsel for each party represents that they are authorized to sign this Joint Stipulation on behalf of their respective party.

This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **20** day of **OCTOBER**, 20**10**.

_James S. Moody_
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

{O1412053;1}